UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENISE LAMAUTE,<br><br>        *Plaintiff*,<br><br>v.<br><br>MARK GREEN, Administrator,<br>U.S. Agency for International Development,<br><br>        *Defendant*. | Civil Action No. 19-3702 (RCL) |

## ~~PROPOSED~~ SCHEDULING ORDER

Upon consideration of the parties' joint meet-and-confer report, it is hereby **ORDERED** that the following schedule shall govern proceedings in this matter:

Any motions to amend a pleading shall be filed on or before May 17, 2020.

Discovery shall proceed as follows: Initial disclosures shall be due on or before April 3, 2020. Proponent's Rule 26(a)(2) disclosures shall be due on or before October 23, 2020. Opponent's Rule 26(a)(2) disclosures shall be due on or before November 20, 2020. All discovery shall be completed by December 31, 2020.

Any motions for summary judgment shall be submitted on the following schedule: Opening motions shall be file on or before February 12, 2021. Oppositions shall be filed on or before March 12, 2021. Replies shall be filed on or before April 2, 2021.

It is so **ORDERED**.

Dated: 3/19/2020

_____
The Honorable Royce C. Lamberth
United States District Judge