7/23

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DENISE LAMAUTE,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMANTHA POWER, Administrator, U.S. Agency for International Development,<br><br>    Defendant. | Civil Action No. 19-03702 (RCL) |

## [PROPOSED] ORDER

Before the Court is the parties' Joint Status Report [35]. Upon consideration of the report, it is ORDERED that:

1. Plaintiff's Rule 26(a)(2) Disclosures and Initial Expert Report is due on October 1, 2021;
2. Defendant's Rule 26(a)(2) Disclosures and Initial Expert Report is due on October 22, 2021;
3. Plaintiff's Rebuttal Expert Report is due on November 5, 2021;
4. Discovery shall close on December 10, 2021;
5. The parties shall hold a settlement conference on December 17, 2021; and
6. The parties' dispositive motion deadline is January 7, 2021.

Dated: 7/23/21

Royce C. Lamberth
Hon. Royce C. Lamberth
United States District Judge