## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Denise Lamaute )
)
)
)
        v. )   Case No.  19-3702 (RCL)
)
Samantha Power, Administrator, )
US Agency for International Development )
)
)

**TO BE COMPLETED BY THE CLIENT FOR WHOM THE STUDENT IS RENDERING SERVICES:**

I authorize __Abby Rickman__, a law student, to appear in court or at other proceedings on my behalf and to prepare documents on my behalf. I am aware that he/she is not admitted to the bar and the he/she will appear pursuant to the Student Practice Rule of the United States District Court for the District of Columbia.

| 10.19.2021 | _Denise Lamaute_ |
|---|---|
| Date | Name of Client (Print) |
|  | _Denise Lamaute_ |
|  | Signature of Client |

**TO BE COMPLETED BY THE LAW STUDENT'S SUPERVISING ATTORNEY:**

I am a member of the bar of this Court and have been certified as a supervising attorney by the Dean of __Georgetown__ Law School and by the United States District Court for the District of Columbia. I will carefully supervise all of the above-named student's work. I authorize this student to appear in court or at other proceedings and to prepare documents. I will accompany the student at such appearances and sign all documents prepared by the student. I assume personal responsibility for his/her work.

| 10/21/21 | _Aderson Francois_ |
|---|---|
| Date | Name of Supervising Attorney (Print) |
|  | _[signature]_ |
|  | Signature of Supervising Attorney |
| Approved: 11/4/21 | _Royce C. Lamberth_ |
| Date | Signature of U.S. District Judge |

Rev.4/13

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

__Abby Rickman__
Name of Student
(Print)

__Aderson Francois__
Name of Supervising Attorney
(Print)

Address, Phone, E-mail Address of Above:

Civil Rights Clinic and Voting Rights Institute
Georgetown University Law Center
600 New Jersey Ave NW, #352
Washington DC, 20001
E-Mail Address:
202-661-6506 / amr392@georgetown.edu

Address, Phone, E-mail Address of Above:

Civil Rights Clinic and Voting Rights Institute
Georgetown University Law Center
600 New Jersey Ave, #352
Washington DC, 20002
E-Mail Address:
202-661-6721 /
aderson.francois@georgetown.edu

Name of Law School Student is Attending:

__Georgetown University Law Center__
(Print)

I certify that I have completed at least four (4) semesters of law school; that I am familiar and will comply with the Code of Professional Responsibility of the American Bar Association; that I am familiar with the Federal Rules of Civil and Criminal Procedure and that I am not to receive compensation from the person on whose behalf I am rendering services.

10/18/21
Date

_signature_
Signature of Student

I certify that the above-named student has completed at least four (4) semesters of law school at an American Bar Association approved school; is a student in good standing and is, to the best of my knowledge, qualified to provide legal representation as permitted by the Student Law Practice Rule of the United States District Court for the District of Columbia (LCvR 83.4).

10/20/21
Date

_signature_
Signature of Dean

Georgetown University Law Center
Name of Law School

Approved: 11/4/21
Date

_signature_
Signature of U.S. District Judge

Rev.4/13