UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENISE LAMAUTE,<br><br>    *Plaintiff,*<br><br>v.<br><br>SAMANTHA POWER, Administrator, U.S. Agency for International Development,<br><br>    *Defendant.* | Civil Action No. 19-3702 (RCL) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Dedra S. Curteman and withdraw the appearance of Assistant United States Attorney Joseph F. Carilli, Jr. as counsel for defendant in the above captioned case.

Dated: November 18, 2021
Washington, D.C.

                                              Respectfully submitted,

                                              */s/ Dedra S. Curteman*
                                              DEDRA S. CURTEMAN
                                              IL Bar #6279766
                                              Assistant United States Attorney
                                              555 Fourth St., N.W.
                                              Washington, D.C. 20530
                                              Telephone: (202) 252-2550
                                              dedra.curteman@usdoj.gov

                                              *Counsel for Defendant*