UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENISE LAMAUTE, | ) |
| *Plaintiff*, | ) |
| v. | ) Civ. Action No. 19-3702 (RCL) |
| SAMANTHA POWER, Administrator, U.S. Agency for International Development, | ) |
| *Defendant*. | ) |

**JOINT MOTION FOR ENTRY OF REVISED SCHEDULING ORDER**

Plaintiff Denise Lamaute and Defendant Samantha Power, in her official capacity as Administrator of the United States Agency for International Development, (collectively, the "Parties") by and through undersigned counsel, respectfully move, pursuant to Federal Rule of Civil Procedure 16(b) for entry of a revised scheduling order in this matter.

Per the Court's December 8, 2021 Order, discovery closed in this case on March 11, 2022, and all other existing deadlines in the Court's July 23, 2021 scheduling order were stayed. After the close of discovery, the Parties, pursuant to mutual agreement, completed outstanding discovery items. Discovery is now complete in this matter, and the Parties have met and conferred regarding a mutually agreeable schedule for pre-trial nondispositive and dispositive motions in this case.

The Parties now jointly propose and respectfully move this Court for entry of the following deadlines for briefing of motion(s) for summary judgment and any nondispositive motion(s) (e.g., motions to exclude expert testimony) that may be filed:

| Event | Proposed Date |
|---|---|
| Motion(s) for summary judgment and any nondispositive motion(s) | October 7, 2022 |
| Opposition(s) to motion(s) for summary judgment and any nondispositive motion(s) | November 7, 2022 |
| Replies in support of motion(s) for summary judgment and any nondispositive motion(s) | December 7, 2022 |

Dated:  June 24, 2022                Respectfully submitted,

/s/ *Lucia Goin*
Aderson Francois (DC Bar # 498544)
Marissa Hatton (DC Bar # 219291)
Lucia Goin (DC Bar # 1739389)
Georgetown Law Civil Rights Clinic
600 New Jersey Ave., NW
Washington, DC 20001
(202) 661-6739
aderson.francois@georgetown.edu
marissa.hatton@georgetown.edu
lucia.goin@georgetown.edu

*/s/ Marian Cover Dockery*
*Pro Hac Vice*
Marian Cover Dockery
Marian Dockery & Associates LLC
1425 4th Street SW
Suite A505
Washington, DC 20024
Phone: (404) 447-6314
mdockery@mdockerylaw.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:  */s/ Dedra S. Curteman*
DEDRA S. CURTEMAN
IL Bar #6279766
Assistant United States Attorney
555 Fourth St., N.W.

Washington, D.C. 20530
Telephone: (202) 252-2550
dedra.curteman@usdoj.gov

*Counsel for Defendants*