UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENISE LAMAUTE, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civ. Action No. 19-3702 (RCL) |
| ) | |
| SAMANTHA POWER, Administrator, U.S. ) | |
| Agency for International Development, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

## **[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Motion for Entry of a Revised Scheduling Order

and the entire record herein, it is hereby:

**ORDERED** that the Joint Motion for Entry of a Revised Scheduling Order is **GRANTED**;

and

**IT IS FURTHER ORDERED** that the Scheduling Order appear as follows:

| **Event** | **Date** |
|---|---|
| Motion(s) for summary judgment and any nondispositive motion(s) | October 7, 2022 |
| Opposition(s) to motion(s) for summary judgment and any nondispositive motion(s) | November 7, 2022 |
| Replies in support of motion(s) for summary judgment and any nondispositive motion(s) | December 7, 2022 |

**SO ORDERED.**

_____                                      _____
Date                                                              Hon. Royce C. Lamberth
                                                                     United States District Court Judge