UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENISE LAMAUTE, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>SAMANTHA POWER, Administrator, )<br>United States Agency for International )<br>Development, )<br>)<br>*Defendant*. )<br>) | Civil Case No. 19-cv-03702 (RCL) |

## MOTION FOR *PRO HAC VICE* ADMISSION OF GENEVIEVE MESCH

I, Lucia Goin, hereby move that Genevieve Mesch, an attorney of the Bar of the State of New York, be admitted *pro hac vice* to the bar of this Court for the purpose of representing Denise Lamaute, plaintiff in this case. In support of this Motion, plaintiff submits the attached Declaration of Genevieve Mesch, to show that Ms. Mesch meets the requirements of Local Civil Rule 83.2(c).

Dated: September 1, 2022

Respectfully submitted,

/s/ *Lucia Goin*
Lucia Goin (DC Bar # 1739389)
Georgetown Law Civil Rights Clinic
600 New Jersey Ave., NW
Washington, DC 20001
(202) 661-6506
lucia.goin@georgetown.edu

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENISE LAMAUTE,<br><br>               *Plaintiff*,<br><br>v.<br><br>SAMANTHA POWER, Administrator,<br>United States Agency for International<br>Development,<br><br>               *Defendant*. | Civil Case No. 19-cv-03702 (RCL) |

## DECLARATION OF GENEVIEVE MESCH

I, Genevieve Mesch, submit this Declaration in support of Lucia Goin's Motion for Pro Hac Vice Admission of Genevieve Mesch to the bar of this Court. Pursuant to Local Rule 83.2(c):

1. My full name is Genevieve Eleanor Mesch.

2. My office address and telephone number are as follows:

   600 New Jersey Ave NW,
   Suite 352
   Washington, DC 20001
   (202) 661-6710

3. I am admitted to the Bar of the State of New York.

4. I have not been disciplined by any bar. See Exhibit 1.

5. I have not been admitted *pro hac vice* to this Court in the previous two years.

6. I engage in the practice of law from an office located in the District of Columbia. I am not currently a member of the District of Columbia Bar, but I do have an application pending.

I hereby declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 1st day of September, 2022.

                                              Respectfully submitted,

                                              */s/ Genevieve Mesch*

                                              Genevieve Mesch  
                                              CIVIL RIGHTS CLINIC  
                                              GEORGETOWN UNIVERSITY LAW CENTER  
                                              600 New Jersey Avenue NW  
                                              Washington, DC 20001  
                                              Tel: 202-661-6710  
                                              genevieve.mesch@georgetown.edu

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of September, 2022, a true and correct copy of the foregoing Motion to Admit Counsel *Pro Hac Vice* was served on all parties via the Electronic Case Filing (ECF) System with the Clerk of the Court. The Electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

/s/ *Lucia Goin*
Lucia Goin (DC Bar # 1739389)
*Attorney for Plaintiff*