## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENISE LAMAUTE, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Case No. 19-cv-03702 (RCL) |
| | ) |
| SAMANTHA POWER, Administrator, United States Agency for International Development, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

### **[PROPOSED] ORDER**

Upon consideration of Lucia Goin's Motion for *Pro Hac Vice* Admission of Genevieve Mesch, dated September 1, 2022, it is hereby

ORDERED that Genevieve Mesch be specially admitted to appear and participate in the above-captioned matter as co-counsel to Ms. Goin, attorney of record for the plaintiff.

Dated _____, 2022

_____
United States District Judge