UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DENISE LAMAUTE,

    *Plainitff,*

v.

SAMATHA POWER, Administrator, United States Agency for International Development,

    *Defendant.*

Civ. No. 19-3702

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.6(b), Plaintiff Denise Lamaute, through counsel, notices the withdrawal of Lucia Goin from representation. Plaintiff continues to be represented by the Civil Rights Clinic through attorneys Aderson B. Francois and Genevieve E. Mesch, each of whom have noticed an appearance in this matter.

    Respectfully,

    */s/ Lucia Goin*
    Lucia Goin (DC Bar No. 1739389)
    Civil Rights Clinic
    Georgetown University Law Center
    600 New Jersey Ave. NW, Ste. 352
    Washington, DC 20001
    lucia.goin@georgetown.edu
    (202) 661-6506

    Denise Lamaute
    Plaintiff