AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| DENISE LAMAUTE <br> *Plaintiff* <br> v. <br> SAMANTHA POWER <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 19-3702 (RCL) <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: the plaintiff recover nothing, the action be dismissed on the merits, and the defendant, Samantha Power, may not recover costs from the plaintiff, Denise Lamaute.

This action was *(check one):*

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Royce C. Lamberth  on a motion for Summary Judgment.

Date:  08/16/2023

ANGELA D. CAESAR, CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk